**Order entered January 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

### MELVIN BERNARD GOODEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-70898-I

## ORDER

Before the Court is appellate counsel's January 25, 2019 motion to withdraw as counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Brett Ordiway as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

Upon his or her appointment, new counsel shall determine whether to file a supplemental brief or amended brief. Any such supplemental or amended brief shall be due within **SIXTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order.  We will reinstate the appeal when we receive the order appointing new counsel.

/s/     CORY L. CARLYLE
             JUSTICE